

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2021

No. 04-20-00475-CV

Richard **LARES**,
Appellant

v.

Martha C. **MUNIZ**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-15663
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellant Richard Lares, proceeding pro se, seeks to appeal the trial court's "Order on Petitioner's Motion for Order to Compel the Respondent to Produce Documents, Petitioner's Motion for Contempt of Court and to Modify The Rule 11 Court Order, and Petitioner's Motion to Correct Judgment, and Respondent's Motion to Dismiss and Respondent's Motion to Enjoin" signed on July 17, 2020. The trial court's order granted Lares credit toward his child support obligation for Social Security benefits received by the children, and denied all other relief requested in the case. Absent an appealable interlocutory order or final judgment in writing, this court has no jurisdiction over this appeal. *See Ogletree v. Matthews*, 262 S.W.3d 316, 319 n.1 (Tex. 2007); *Lehmann v. Har Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *Northeast Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966).

Accordingly, it is ORDERED that appellant show cause in writing **within fifteen (15) days** of the date of this order why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines in this appeal are suspended pending further order of this court.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2021.



MICHAEL A. CRUZ, Clerk of Court